UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

James Keelin,

Plaintiff,

v.

Metro Motors LLC,

Defendant.

CIVIL 00-1607 PAM/JGL

**ORDER OF DISMISSAL**

---

The court having been advised that the above captioned case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

DATED: December 13, 2000

**PAUL A. MAGNUSON**, Chief Judge
United States District Court

FILED DEC 13 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________